UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REY CHEA,<br><br>    Defendant. | Case Nos.  CR 98-20005 CW<br>              CR 98-40003 CW<br><br>**ORDER TO SHOW CAUSE RE: <u>JOHNSON</u> CLAIM RAISED IN SECTION 2255 MOTION** |

Before the Court is the motion of Rey Chea (Movant) for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015).

The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within 75 days, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed.  Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: 9/26/16

_____
CLAUDIA WILKEN
United States District Judge